## STATE OF MARYLAND *v.* STEVEN EDGAR RUPP

[No. 91, September Term, 1976.]

*Decided June 7, 1977.*

The cause was argued before SINGLEY, SMITH, DIGGES, LEVINE and ELDRIDGE, JJ., and ROBERT F. SWEENEY, Chief Judge of the District Court of Maryland, specially assigned.

*Bruce C. Spizler, Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General,* and *Clarence W. Sharp, Assistant Attorney General,* on the brief, for appellant.

*Elwood E. Swam* for appellee.

### ORDER

The petition for writ of certiorari having been granted and heard, it is this _____7th_____ day of June, 1977

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.

/s/ Frederick J. Singley, Jr.
_____
Judge